**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Chad Kister,**

          **Plaintiff,**                    **Case No. 2:21-cv-5617**

          **v.**                           **Judge Michael H. Watson**

**Athens Public Defenders,**          **Magistrate Judge Jolson**

          **Defendant.**

## OPINION AND ORDER

On August 17, 2022, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that Plaintiff's motions for leave to proceed in forma pauperis be denied and further recommending that Plaintiff be ordered to pay the full $402.00 filing fee within thirty days.  R&R, ECF No. 13. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R.  *Id.* at 5–6.

The deadline for filing such objections has passed, and no objections were filed.  Having received no objections, the R&R is **ADOPTED**; Plaintiff's motions to proceed in forma pauperis is **DENIED**.  Plaintiff must pay the full $402.00 filing fee **WITHIN THIRTY DAYS** of this Order.  Plaintiff is **CAUTIONED** that failure to

pay the filing fee will result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is **DIRECTED** to terminate ECF Nos. 3, 4, 10, and 13.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT